IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **J. TRANNY MITCHELL**, | ) |
| | ) |
| | ) Case No. 4:07-cv-1971 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **STRAIT-FLEX INTERNATIONAL, INC.**, et al. | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW plaintiff and, pursuant to the parties' settlement, dismisses with prejudice all claims against all defendants.

/s/Michael D. Quinlan
Michael D. Quinlan   E.D. Bar No. 25658
11906 Manchester Road, Suite 200
St. Louis, Missouri 63131
(314) 822-3535;  (314) 822-3636 (fax)
EMAIL:  quinlanlaw@charter.net

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2nd, 2008, a copy of the foregoing document was filed electronically with the Clerk of the Court, using CM/ECF system, which sent notification of such filing to:

Brent M. Covington
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
 (314) 621-5065 (facsimile)
bcovington@armstrongteasdale.com

/s/ M. D. Quinlan